UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.:  14-13493-BKC-AJC
                                                          Chapter 7

**CARLOS ALBERTO GOMEZ**
SSN: XXX-XX-2605

_____Debtor._____/

### NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*

**TO:**     Carlos Alberto Gomez
            c/o Robert Sanchez, Esq.
            355 W 49 St
            Miami, FL 33012

**PLEASE TAKE NOTICE** that the undersigned attorney, will take the Rule 2004 Examination of:

**NAME:**     Carlos Alberto Gomez

**DATE:**     April 9, 2015

**TIME:**     2:00 p.m.

**PLACE:**    Tabas, Freedman & Soloff, P.A.
              One Flagler Building
              14 Northeast First Avenue, Penthouse
              Miami, FL 33132

The examination may continue from day to day until completed.  If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

**The examinee is further requested to produce all of the documents listed on Schedule "A" on or before April 6, 2015 by 5:00 p.m. to the address of the attorney listed below.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 23, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Carlos Alberto Gomez
20000 NE 6th Court Circle
North Miami Beach, FL 33179-2406

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E-mail: jtabas@tabasfreedman.com

*INTERESTED PARTIES SHOULD CONTACT THE ATTORNEY FOR THE TRUSTEE IN ORDER TO CONFIRM THE DATE AND TIME OF THE DEPOSITION*

**EXAMINEE IS RESPONSIBLE FOR PROVIDING CERTIFIED TRANSLATOR IF NEEDED**

## **SCHEDULE "A"**

**DEFINITIONS:**

For purposes of responding to *duces tecum* request for deposition, the following definitions shall apply:

1.  "Debtor," "You" or "Your" means Carlos Alberto Gomez and his/her agents, attorneys, accountants and representatives.

2.  "Petition Date" means February 14, 2014.

3.  "Petition" means the voluntary bankruptcy petition filed on February 14, 2014, which commenced this case.

4.  "Document" or "documents" as used herein shall mean the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, communications with government bodies, computer data or printouts, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, sepia, shipping papers, slides, specifications, speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all digital or analog electronic files whether on- or off-site, including "deleted" files and file fragments, store in machine-readable format on magnetic, optical or other storage media, including the hard drives or floppy disks and their backup media (e.g., other hard drives, backup tapes, floppies, JAZ cartridges, CD-ROMS's) or otherwise, whether such files have been reduced to paper printouts or not.  This includes but is not limited to E-mails, both sent and received, whether internally or externally; all word-processed files, including drafts and revisions; all spreadsheets, including drafts and revisions; all databases; all CAD (computer aided design) files, including drafts and revision; all presentation data or slide shows produced by presentation software (such as Microsoft

3

Power Point); all graphs, charts and other data produced by project management software (such as Microsoft Project); all data generated by calendaring, task management and Personal Information Management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of Personal Data Assistants (PDA's), such as Palm Pilot, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with the use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and "cookies" files and all backup storage media, and any and all other papers similar to any of the foregoing. Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition. Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

     5.    "And" and "or" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

     6.    "Interest" as used herein includes, but is not limited to, a sole or aggregation of rights, privileges, and powers to hold, possess, control, influence, exclude, or benefit from. It includes any legally recognized right conferred upon an owner, shareholder, director, partner, limited partner, or by any other interest, legal or equitable, which allows the holder to control or otherwise influence or benefit from an entity or real or personal property.

     7.    "Any" means one or more.

     8.    "Describe," "discuss," "analyze," "describing," "discussion," or "analyzing," mean any document or otherwise that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

     9.    "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

     10.    "Relate to" and "relating to" mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

     11.    The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

12. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

13. "Year" means calendar year.

14. Unless otherwise provided, the applicable scope of time is from February 14, 2010 to the present.

## **SCHEDULE "A"**

**PLEASE PROVIDE COPIES OF THE FOLLOWING:**

1.   Four (4) years of account statements, up to and including the Petition Date, for the Bank of America mortgage account listed on Schedule "D" of Your Petition.

2.   Credit card statements for each and every credit card account used by You for the four (4) year period up to and including the Petition Date.

3.   Copies of all charge account statements for every charge account listed on Schedule "F" of Your Petition for the four (4) year period up to and including the Petition Date.

4.   All documents evidencing, relating to or referring to Citibank lawsuit listed on Paragraph 4 of the Statement of Financial Affairs of Your Petition.

5.   All documents evidencing, relating to or referring to the Midland Funding, LLC lawsuit listed on Paragraph 4 of the Statement of Financial Affairs of Your Petition

6.   All financial statements, inventories, and schedules reflecting Your assets, liabilities, income and net worth, whether prepared by You or on Your behalf, for the four (4) year period up to and including the Petition Date.

7.   Copies of any and all documents in Your possession or obtainable by You that relate to any business in which You have or had an interest for the four (4) year period up to and including the Petition Date.

**The Trustee reserves the right to request additional documents as its investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**